IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WESTERN HERITAGE INSURANCE
COMPANY                                                                                    PLAINTIFF

v.                                              Case No. 2:17-CV-2035

GREG EASOM, d/b/a E&E Auto Sales;
CALVIN WEATHERLY; and LOUANNE
WEATHERLY                                                                               DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 18th day of December, 2017.


_/s/ P. K. Holmes,_ III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE